DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARTHUR LEON THREADGILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S. 10-142-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR ORDER EXTENDING** |
| | ) | **DATE FOR SELF-SURRENDER; ORDER** |
| v. | ) | |
| | ) | |
| ARTHUR LEON THREADGILL, | ) | Judge: Hon. Edmund F. Brennan |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Defendant, through counsel, hereby requests an extension of his self-surrender date four weeks from January 10, 2011 to February 7, 2011 at 2:00 p.m. The United States does not oppose this request.

     Mr. Threadgill seeks an extension of time to self-surrender because he has not yet been designated to an institution by the BOP. Defense counsel has spoken with the Marshals office, which indicates that a designation was recently requested but that the Bureau of Prisons has not yet determined where to house Mr. Threadgill.

//

//

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to February 7, 2010, at 2:00 p.m.

Dated:   December 30, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney

McGREGOR SCOTT
United States Attorney

By /s/ Laurel Rimon
LAUREL RIMON
Asst. U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The date of January 10, 2011 for self-surrender is vacated.  The new date of February 7, 2011 at 2:00 p.m. is set for self-surrender.

DATED: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2